1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   In re Parks Diversified, LP,            )   CASE NO.: 8:23-cv-02257-SVW
12   TALON DIVERSIFIED HOLDINGS, INC.        )
     et al.                                  )   JUDGMENT
13                                           )
              Plaintiffs                     )   BK Case No. 8:21-bk-11558-TA
14                                           )   Adv. No. 8:23-ap-01030-TA
         vs.                                 )
15                                           )
     David Klein et al.                      )
16                                           )
              Defendants.
17   _____
18
          Judgment is hereby entered in accordance with the Court's order at 8:23-CV-02230-SVW
19
     ECF No. 70, dated May 6, 2024.
20
21
     DATE:   __May 24, 2024__                    _____
22                                               STEPHEN V. WILSON, U.S. DISTRICT JUDGE
23
24
25
26
27
28